No. 24-7000

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Jun 13, 2024

KELLY L. STEPHENS, Clerk

| | |
|---|---|
| IN RE: MCP No. 185; FEDERAL COMMUNICATIONS COMMISSION, IN THE MATTER OF SAFEGUARDING AND SECURING THE OPEN INTERNET, DECLARATORY RULING, ORDER, REPORT AND ORDER, AND ORDER ON RECONSIDERATION, FCC 24-52, 89 FED REG. 45404, PUBLISHED MAY 22, 2024 | INITIAL CASE MANAGEMENT ORDER |

 

The following cases, either originating in this court or transferred to the United States Court of Appeals for the Sixth Circuit by order of the Judicial Panel on Multidistrict Litigation entered on June 6, 2024, are hereby consolidated with the lead case hereby designated as Case No. 24-7000:

    Sixth Circuit Case Nos. 24-3449/24-3450

    First Circuit Case No. 24-3517

    Eighth Circuit Case No. 24-3497

    Ninth Circuit Case No. 24-3504

    Eleventh Circuit Case No. 24-3519

    D.C. Circuit Case Nos. 24-3507/24-3508/24-3510/24-3511

Any similar proceedings arising from the agency action at issue, including cases transferred from another circuit, shall be automatically consolidated by the Clerk with the designated lead case and parties will file according to the procedures below.

**Filings**

The parties are advised that all filings should be made in the lead case No. 24-7000, and in such member case(s) as the filer is a party.  Filings should designate both the lead case number and the case number assigned to the member case in this court.  When filing in CM/ECF, it is necessary for filers to "deselect" individual case numbers (other than the lead case) in which they have not appeared as a party.  In the event errors are made in de-selecting the cases, misfiled documents may be locked or stricken with instructions for correction by counsel or may be corrected by the Clerk as she deems necessary.

**Bar Membership and ECF Filing Privileges**

Sixth Circuit Rule 25 requires that all filings made by attorneys must be made electronically in CM/ECF.  Additionally, any attorney appearing in a case in any capacity must file a notice of appearance and be admitted to the bar of the Sixth Circuit.  *See* 6 Cir. R. 12, 46.  Admission information is available on the court's website, and counsel may contact the Clerk's Office with any questions regarding the admission process and CM/ECF registration.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk