**Nos. 24-7000 (lead), 24-3449, 24-3450, 24-3497, 24-3504, 24-3507, 24-3508, 24-3510, 24-3511, 24-3517, 24-3519, and 24-3538**

**IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

IN RE: MCP NO. 185; OPEN INTERNET RULE (FCC 24-52)
OHIO TELECOM ASSOCIATION, et al.,
*Petitioners,*
v.
FEDERAL COMMUNICATIONS COMMISSION
and UNITED STATES OF AMERICA,
*Respondents.*

On Petitions for Review of an Order of
the Federal Communications Commission

**SUPPLEMENTAL BRIEF OF PUBLIC INTEREST PETITIONERS**

The Benton Institute for Broadband & Society ("Benton"), National Consumer Law Center and Media Alliance (collectively, "Public Interest Petitioners") respectfully submit this supplemental brief in response to the Court's June 28, 2024 directing the parties to "address[] the effect of the Supreme Court's decision in *Loper Bright Enterprises v. Raimondo,* No. 22-451 (U.S. June 28, 2024).

Each of the Public Interest Petitioners[1] have stated that, while they have sought review of one aspect of the order under review, they support Respondent

---

[1]Benton has also moved to intervene in support of Respondents in this proceeding. *See* Benton Institute for Broadband & Society *Unopposed Motion to Intervene in Support of Respondents* (June 21, 2024).

FCC's order in all other respects.[2]

Because their interests will be adversely affected by grant of the requested stay, Public Interest Petitioners appear here to note their opposition to the pending motion for stay, and to express their view that the newly issued opinion in *Loper Bright Enterprises v. Raimondo* has no impact on the pending motion for stay because the Industry Petitioners have failed to meet their burden of demonstrating "imminent and irreparable" harm from the implementation of the order under review. *See Respondents Opposition to Motion for Stay Pending Review* (June 18, 2024) at pp. 22-27 (citing *D.T. v. Sumner City Sachs.*, 942 F.3d 324, 326-27 (6th Cir. 2019)). And, to the extent that this Court were to reach the question of likelihood of success on the merits, the FCC's decision found that the statute at issue is unambiguous and based its action traditional tools of statutory construction. *Safeguarding and Securing the Open Internet Order*, FCC 24-52 (released May 7, 2024); 89 Fed. Reg. 45404 (May 22, 2024)("*Order*"). at p. 61, ¶106 (footnotes omitted).

---

[2] *See* Benton Institute for Broadband & Society *Petition for Review* (May 28, 2024) at p.1, Media Alliance *Petition for Review* (May 31, 2024) at p.2, National Consumer Law Center *Petition for Review* (May 31, 2024) at p.2.

Respectfully submitted,

/s/ Andrew Jay Schwartzman

Andrew Jay Schwartzman
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com
*Counsel for Petitioner Benton Institute for Broadband & Society*

Albert H. Kramer
Public Knowledge
1818 N Street NW
Suite 410
Washington, DC 20036 T
(202) 861-0020
*Counsel for Petitioners National Consumer Law Center and Media Alliance*

July 8, 2024

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing *Supplemental Brief of Public Interest Petitioners* complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 328 words. I further certify that this brief complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Corel WordPerfect in Times New Roman 14-point font.

Respectfully submitted

,

/s/ Andrew Jay Schwartzman
Andrew Jay Schwartzman
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com

July 8, 2024

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of July, 2024, I electronically filed the foregoing *Supplemental Brief of Public Interest Petitioners* with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the Court's appellate CM/ECF system. I further certify that service was accomplished on all participants in the case via the Court's CM/ECF system.

Respectfully submitted,

/s/ Andrew Jay Schwartzman

525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com