*Before the*
**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| In re: MCP No. 185 Open Internet Rule (FCC 24-52) | No. 24-7000 (lead) |
| National Consumer Law Center<br>*Petitioner*,<br><br>v.<br><br>Federal Communications Commission<br>  and the<br>United States of America,<br>*Respondents*. | No. 24-3517 |

**MOTION TO WITHDRAW AND DISMISS PETITION FOR REVIEW**

Pursuant to FRAP 42(b)(2), National Consumer Law Center ("NCLC") respectfully moves this Court to withdraw and dismiss the petition for review (Attachment A) in the above-referenced case, filed by NCLC in the United States Court of Appeals for the First Circuit, of the Federal Communications Commission's Safeguarding and Securing the Open Internet; Restoring Internet Freedom, *Declaratory Ruling, Order, Report and Order, and Order on Reconsideration*, WC Docket No. 17-108 and WC Docket No. 23-320 (released May 7, 2024).

Respondents the Federal Communications Commission and the United States do not oppose this motion.

Respectfully submitted,

/s/ Albert Kramer
1818 N St. NW, Suite 410
Washington, D.C. 20036
(202) 861-0020
al@publicknowledge.org
*Counsel for Petitioner*
*National Consumer Law Center*

August 9, 2024

**CERTIFICATE OF SERVICE**

      I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on August 9, 2024. I certified that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Albert Kramer
*Counsel for Petitioner*
*National Consumer Law Center*

August 9, 2024

ATTACHMENT A

Received Electronically
May 31, 2024
United States Court of Appeals
For the First Circuit

*Before the*
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |
|---|---|
| National Consumer Law Center<br>    Petitioner,<br><br>    v.<br><br>Federal Communications Commission<br>    and the<br>United States of America,<br>    Respondents. | No. _____ |

**PETITION FOR REVIEW**

    Pursuant to 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, and Rule 15(a) of the Federal Rules of Appellate Procedure, the National Consumer Law Center ("NCLC") hereby seeks review of the attached Order of the Federal Communications Commission ("FCC" or "Commission"), Safeguarding and Securing the Open Internet; Restoring Internet Freedom, *Declaratory Ruling, Order, Report and Order, and Order on Reconsideration*, WC Docket No. 17-108 and WC Docket No. 23-320 (released May 7, 2024) ("Order") (Attachment A).

    On May 22, 2024, the *Order* was published in the Federal Register at 89 Fed. Reg. 45404 (May 22, 2024). A copy of the *Order* is attached as Exhibit A to this Petition.

    Venue in this Court is proper under 28 U.S.C. § 2343. This petition is timely because it is being filed within the 60-day deadline established in 28 U.S.C. § 2344.

    NCLC supports the classification of broadband service as "telecommunications," and consequently, most of the findings, rulings and regulations adopted in the *Order*. However, NCLC seeks review of portions of the *Order* on the grounds that they are arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law. This includes, but is

ATTACHMENT A

not limited to, the agency's determination "to forbear from the first sentence of Section 254(d) [of the Communications Act] and our associated rules...." *Order* at p. 228, ¶ 364.

    NCLC respectfully requests that the Court hold the contested portions of the Order unlawful and vacate, enjoin and set aside those provisions of the Order and grant all such further relief as may be just and proper.

                                  Respectfully submitted,

                                  /s/ John Bergmayer
                                  Public Knowledge
                                  1818 N St. NW, Suite 410
                                  Washington, D.C. 20036
                                  (202) 861-0020
                                  john@publicknowledge.org

*Counsel for Petitioner National Consumer Law Center*

May 31, 2024