Case No. 24-7000/24-3504/24-3507

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

IN RE: MCP No. 185; FEDERAL COMMUNICATIONS COMMISSION, IN THE MATTER OF SAFEGUARDING AND SECURING THE OPEN INTERNET, DECLARATORY RULING, ORDER, REPORT AND ORDER, AND ORDER ON RECONSIDERATION, FCC 24-52, 89 FED REG. 45404, PUBLISHED MAY 22, 2024

Upon consideration of petitioners Benton Institute for Broadband and Society, and Media Alliance's motion to hold briefing in abeyance and to hold the case in abeyance,

It is **ORDERED** that the motion be and it hereby is, **GRANTED.**

When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

                                                ENTERED PURSUANT TO RULE 45(a),
                                                **RULES OF THE SIXTH CIRCUIT**
                                                Kelly L. Stephens, Clerk

Issued: August 09, 2024