Case No. 24-7000/24-3504/24-3507

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

IN RE: MCP No. 185; FEDERAL COMMUNICATIONS COMMISSION, IN THE MATTER OF SAFEGUARDING AND SECURING THE OPEN INTERNET, DECLARATORY RULING, ORDER, REPORT AND ORDER, AND ORDER ON RECONSIDERATION, FCC 24-52, 89 FED REG. 45404, PUBLISHED MAY 22, 2024

| | |
|---|---|
| MEDIA ALLIANCE | 24-3504 |
| BENTON INSTITUTE FOR BROADBAND AND SOCIETY | 24-3507 |

       Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

       Respondents

Upon consideration of appellants' unopposed motions to hold briefing in abeyance and to hold these cases in abeyance pending the Commission's resolution of a petition for reconsideration,

It is **ORDERED** that the motions be and they are hereby **GRANTED**.

It is **FURTHER ORDERED** that Case Nos. 24-3504 and 24-3507 are held in abeyance and when this outstanding matter has been resolved, the Clerk's office will issue a new briefing schedule or give the parties other instructions.

                      **ENTERED BY ORDER OF THE COURT**
                      Kelly L. Stephens, Clerk

*/s/ Kelly L. Stephens*

Issued: August 12, 2024