UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-7000, 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519, 24-3538**

Case Title: **In re: MCP No. 185** vs. _____

List all clients you represent in this appeal:

**Christopher S. Yoo**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**: _____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Christopher S. Yoo**  Signature: s/ **Christopher S. Yoo**

Firm Name: **University of Pennsylvania Carey Law School**

Business Address: **3501 Sansom St.**

City/State/Zip: **Philadelphia, PA 19104-6204**

Telephone Number (Area Code): **215-746-8772**

Email Address: **csyoo@law.upenn.edu**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17