Case No. 24-7000/24-3449/24-3450/24-3497/24-3508/24-3510/24-3511/24-3519/24-3538

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

| | |
|---|---|
| IN RE: MCP No. 185; FEDERAL COMMUNICATIONS COMMISSION, IN THE MATTER OF SAFEGUARDING AND SECURING THE OPEN INTERNET, DECLARATORY RULING, ORDER, REPORT AND ORDER, AND ORDER ON RECONSIDERATION, FCC 24-52, 89 FED REG. 45404, PUBLISHED MAY 22, 2024 | 24-7000 |
| OHIO TELECOM ASSOCIATION, et al. v. FCC, et al. | 24-3449 |
| OHIO CABLE TELECOMMUNICATIONS ASSOCIATION v. FCC, et al. | 24-3450 |
| MCTA v. FCC, et al. | 24-3497 |
| CTIA v. FCC, et al. | 24-3508 |
| WIRELESS INTERNET SERVICE PROVIDERS ASSOCIATION v. FCC et al. | 24-3510 |
| ACA CONNECTS v. FCC, et al. | 24-3511 |
| FLORIDA INTERNET & TELEVISION ASSOCAITION v. FCC, et al. | 24-3519 |
| TEXAS CABLE ASSOCIATION, et al. v. FCC, et al. | 24-3538 |

Upon consideration of the amicus motion filed by William P. Barr for Senator Ted Cruz, et al., in Case Nos. 24-7000, 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519 and 24-3538, to file a corrected amicus brief,

It is **ORDERED** that the motions be and they hereby are **GRANTED.**

It is **FURTHER ORDERED** that the original brief filed in the above-referenced cases on August 19, 2024, will be locked and the Tendered Corrected Amicus Brief filed August 20, 2024, is accepted as filed.

ENTERED BY ORDER OF THE COURT
Kelly L. Stephens, Clerk

Issued: August 23, 2024