#### UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  August 26, 2024

### Notice of Oral Argument at 8:30 a.m. (Eastern Time) on Thursday, October 31, 2024

Re:  Nos. 24-7000/24-3449/24-3450/24-3497/24-3508/24-3510/24-3511/24-3519/24-3538
*MCP No. 185 Open Internet Rule (FCC 24-52)*

Dear Counsel:

　　Your cases are scheduled for oral argument at **8:30 a.m. (Eastern Time) on Thursday, October 31, 2024** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio.  The time allotted for oral argument is 20 minutes for the Industry Petitioners and 20 Minutes for the Government Respondents.  You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

　　Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*.  Please download this form from the website and file it by **September 9, 2024**.

　　On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **8:00 a.m. (Eastern Time)**.  Court will convene at 8:30 a.m.  Once you enter the courthouse, you must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor.

　　If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

　　The panel may conclude, at a later date, that argument is not necessary.  If that should occur, you will be notified immediately that argument is cancelled, and the cases will be submitted on the briefs of the parties and the record.  This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

    An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668.  The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument.  If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

    Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel.  Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible.  **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

                                                   Sincerely yours,

                                                   s/Robin L. Johnson
                                                 Calendar Deputy

cc:  Mr. Russell Balikian
      Mr. William P. Barr
      Mr. Corbin Barthold
      Mr. Jonathan Bond
      Mr. Matthew Brill
      Mr. Jeremy Joseph Broggi
      Mr. Andrew W. Chang
      Ms. Sarah Citrin
      Ms. Tara M. Corvo
      Mr. Charles S Dameron
      Ms. Jennifer Elizabeth Fischell
      Mr. Boyd Garriott
      Mr. Maxwell F. Gottschall
      Mr. Jeffrey Matthew Harris
      Mr. Paul Whitfield Hughes III
      Ms. Zoe A. Jacoby
      Mr. Thomas M. Johnson Jr.
      Mr. Albert H. Kramer
      Mr. Jeffrey A. Lamken
      Mr. Jacob M. Lewis
      Mr. Roman Martinez
      Mr. Thomas Ryan McCarthy
      Mr. Matthew Murchison
      Mr. David P. Murray
      Mr. Jackson Myers
      Mr. Robert B. Nicholson
      Mr. Scott Matthew Noveck
      Mr. James Bradford Ramsay

Ms. Morgan L. Ratner
Mr. Kevin K. Russell
Mr. Max Schulman
Mr. Andrew Jay Schwartzman
Mr. Lawrence J. Spiwak
Ms. Jennifer Tatel
Mr. Joshua Scott Turner
Ms. Helgi C. Walker
Mr. Jeffrey Bryan Wall
Mr. Philip D. Williamson
Mr. Christopher S. Yoo