# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 24-7000 (lead), 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519 & 24-3538

2. Case Caption (Short Title): In re: MCP No. 185; Open Internet Rule (FCC 24-52)

3. Argument is scheduled for **8:30 am** (time) on **Thursday, October 31, 2024** (day, date) and will be held:

   [✔] Live (In Person)  [ ] by Video  [ ] by Telephone

4. I, **Scott M. Noveck**, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner  [ ] Amicus Curiae  [ ] Other (please specify below):
   [✔] Appellee / Respondent  [ ] Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: N/A

5. Party Name(s): Respondents Federal Communications Commission and the United States of America

6. Minutes reserved for rebuttal (appellant / petitioner only): N/A (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: See Attached
   B. Total number of minutes (in whole minutes only) to be shared: 20
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): 1st
   D. Your assigned minutes (in whole minutes only): See Attached

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*

## Attachment to Respondents' Argument Acknowledgment

*In re: MCP No. 185; Open Internet Rule (FCC 24-52)*, Nos. 24-7000 (lead), 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519 & 24-3538

      The Notice of Oral Argument issued on August 26 allocates "20 minutes for the Government Respondents," who are currently the only respondents in this case and will have a single counsel arguing. Several parties have moved to intervene in support of respondents, and those motions to intervene are still pending. We understand that, if intervention is granted, the intervenors may move for divided argument and request either that the Court provide an additional allocation of time or that respondents cede a portion of the time previously allotted. The Government Respondents take no position on any such request at this time.