**Nos. 24-7000 (lead), 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519, 24-3538**

# In the United States Court of Appeals for the Sixth Circuit

IN RE: MCP NO. 185: FEDERAL COMMUNICATIONS COMMISSION, IN THE MATTER OF SAFEGUARDING AND SECURING THE OPEN INTERNET, DECLARATORY RULING, ORDER, REPORT AND ORDER, AND ORDER ON RECONSIDERATION, FCC 24-52, 89 FED. REG. 45404, PUBLISHED MAY 22, 2024

On Petitions for Review

**UNOPPOSED MOTION FOR EXPEDITED RULING ON PENDING UNOPPOSED MOTIONS TO INTERVENE AT ECF Nos. 50, 55, 58**

YANNI CHEN
MATTHEW F. WOOD
FREE PRESS
1025 Connecticut Ave. NW, #1110
Washington, DC 20036
(202) 265-1490
*Counsel for Free Press*

RAZA PANJWANI
OPEN TECHNOLOGY INSTITUTE
NEW AMERICA
740 15th Street NW, #900
Washington, DC 20005
(202) 986-2700
*Counsel for OTI*

DANIEL WOOFTER
   *Counsel of Record*
KEVIN RUSSELL
GOLDSTEIN, RUSSELL &
   WOOFTER LLC
1701 Pennsylvania Ave. NW, #200
Washington, DC 20006
(202) 240-8433
*Counsel for Free Press, OTI, and Public Knowledge*

JOHN BERGMAYER
HAROLD FELD
PUBLIC KNOWLEDGE
1818 N Street NW, #410
Washington, DC 20036
(202) 861-0020
*Counsel for Public Knowledge*

*(Additional counsel on next page)*

ANDREW JAY SCHWARTZMAN
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
*Counsel for Benton Institute for Broadband & Society*

JAMES BRADFORD RAMSAY
ROBERT CAIN
NATIONAL ASSOCIATION OF
  REGULATORY UTILITY
  COMMISSIONERS
1101 Vermont Ave. NW, #400
Washington, DC 20005
(202) 257-0568
*Counsel for NARUC*

Movants, each of which has a pending, unopposed motion to intervene as of right, respectfully request that the Court rule on the motions to intervene before the September 18, 2024 deadline to file amicus briefs in support of respondents in this matter. Undersigned reached out to the Industry Petitioners and the respondents. None oppose this motion.

## BACKGROUND

Movants are public interest groups and a state regulatory association with interests in open internet regulations and broadband classification. Each has a pending motion to intervene in these cases in support of the FCC and the United States as respondents. *See* ECF Nos. 50, 55, 58. Each motion explained that under 28 U.S.C. § 2348, the proposed intervenors are entitled to intervene "as of right" because they were "part[ies] in interest in the proceeding … whose interests will be affected if an order of the agency is or is not … set aside." *Ibid*. Neither petitioners nor respondents opposed any of the motions.

On August 1, 2024, a motions panel stayed the FCC's order and set a briefing schedule under which briefs for respondents (which would include any intervenor in support of respondents) were due yesterday,

September 11, 2024. *See* ECF No. 71. Accordingly, movants were in the position of being required to file any brief as intervenors yesterday, without having had their motions resolved. They attempted to file the brief with a motion for leave. *See* ECF No. 132. Today, the case manager instructed the proposed intervenors to refile the brief as an Intervenor Brief without a motion. Thus, as directed by the case manager, the proposed intervenors filed a single, consolidated Intervenor Brief within the 13,000-word limit. *See* ECF No. 135.

However, movants are still prejudiced by the uncertainty over the pending unopposed intervention motions. Absent a ruling on the intervention motions by the amicus deadline of September 18, 2024, movants will be forced to protectively file conditional amicus briefs to be accepted in the event their motions to intervene are denied. Given the reduced word limit for amicus briefs, this will lead movants to divide their present joint brief into two separate amicus briefs submitted by two subgroups of signatories to the proposed joint intervenor brief. A prompt ruling on the pending motions to intervene could avoid this potentially unnecessary work and proliferation of briefs.

# REQUESTED RELIEF

Movants respectfully request a ruling on their pending motions to intervene before the September 18, 2024 due date for amicus briefs in support of respondents.

September 12, 2024

Respectfully submitted,

/s/ Daniel Woofter

| | |
|---|---|
| YANNI CHEN | DANIEL WOOFTER |
| MATTHEW F. WOOD |    *Counsel of Record* |
| FREE PRESS | KEVIN RUSSELL |
| 1025 Connecticut Ave. NW, #1110 | GOLDSTEIN, RUSSELL & |
| Washington, DC 20036 |    WOOFTER LLC |
| (202) 265-1490 | 1701 Pennsylvania Ave. NW, #200 |
| *Counsel for Free Press* | Washington, DC 20006 |
| | (202) 240-8433 |
| RAZA PANJWANI | *Counsel for Free Press, OTI, and Public Knowledge* |
| OPEN TECHNOLOGY INSTITUTE | |
| NEW AMERICA | |
| 740 15th Street NW, #900 | JOHN BERGMAYER |
| Washington, DC 20005 | HAROLD FELD |
| (202) 986-2700 | PUBLIC KNOWLEDGE |
| *Counsel for OTI* | 1818 N Street NW, #410 |
| | Washington, DC 20036 |
| JAMES BRADFORD RAMSAY | (202) 861-0020 |
| ROBERT CAIN | *Counsel for Public Knowledge* |
| NATIONAL ASSOCIATION OF | |
|   REGULATORY UTILITY | ANDREW JAY SCHWARTZMAN |
|   COMMISSIONERS | 525 Ninth Street, NW |
| 1101 Vermont Ave. NW, #400 | Seventh Floor |
| Washington, DC 20005 | Washington, DC 20004 |
| (202) 257-0568 | (202) 241-2408 |
| *Counsel for NARUC* | *Counsel for Benton Institute for Broadband & Society* |

## CERTIFICATE OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d)(2) because it contains 412 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This brief further complies with the requirements of Fed. R. App. P. 32(a) because it was prepared in a 14-point font using a proportionally spaced typeface.

<u>/s/   Daniel Woofter</u><br>
Daniel Woofter

September 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing brief with the Clerk of Court for the U.S. Court of Appeals for the Sixth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ <u>Daniel Woofter</u><br>Daniel Woofter

September 12, 2024