UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-7000 (lead); see attached**

Case Title: **In re: MCP No. 185** vs. _____

List all clients you represent in this appeal:

**County of Santa Clara, California; Santa Clara County Central Fire Protection District**

☐ Appellant   ☐ Petitioner   ☑ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jeffrey T. Pearlman**   Signature: s/ **Jeffrey T. Pearlman**

Firm Name: **Intellectual Property & Technology Law Clinic, USC Gould School of Law**

Business Address: **699 Exposition Boulevard**

City/State/Zip: **Los Angeles, CA 90089-0071**

Telephone Number (Area Code): **(213) 740-7613**

Email Address: **pacer@jef.pe**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

**Attachment to Appearance of Counsel for Jeffrey T. Pearlman**

Appearance for Jeffrey T. Pearlman is entered in Appeal Nos. 24-7000 (lead), 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519, and 24-3538.