UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: 24-7000, 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519, 24-3538

Case Title: In re MCP No. 185 vs. _____

List all clients you represent in this appeal:

COMPTEL d/b/a INCOMPAS
Engine Advocacy

☐ Appellant  ☐ Petitioner  ☒ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: John T. Nakahata       Signature: s/ John T. Nakahata

Firm Name: HWG LLP

Business Address: 1919 M Street NW, 8th Floor

City/State/Zip: Washington, DC 20036

Telephone Number (Area Code): (202) 730-1300

Email Address: jnakahata@hwglaw.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---