UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-7000 (lead)**

Case Title: **In re: MCP 185; Ohio Telecom Ass'n, et** vs. **FCC**

List all clients you represent in this appeal:

**California Public Utilities Commission**

☐ Appellant     ☐ Petitioner     ☑ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent     ☐ Intervenor                 (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kimberly Lippi**     Signature: s/ **Kimberly Lippi**

Firm Name: **California Public Utilities Commission**

Business Address: **505 Van Ness Avenue**

City/State/Zip: **San Francisco, CA 94102**

Telephone Number (Area Code): **(415) 703-5822**

Email Address: **kimberly.lippi@cpuc.ca.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |