UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-7000 (lead; see attachment)**

Case Title: **In re: MCP 185; Ohio Telecom Ass'n et** vs. **FCC**

List all clients you represent in this appeal:

**California Public Utilities Commission**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kimberly Lippi**　　Signature: s/ **Kimberly Lippi**

Firm Name: **California Public Utilities Commission**

Business Address: **505 Van Ness Avenue**

City/State/Zip: **San Francisco, CA 94102**

Telephone Number (Area Code): **(415) 703-5822**

Email Address: **kimberly.lippi@cpuc.ca.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

Attachment to Appearance of Counsel Form, Amicus Appearance (California Public Utilities Commission)

Appeal No.: Case Nos. 24-7000 (lead), 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519, 24-3538

Case Title: In Re: MCP No. 185; Open Internet Rule (FCC 24-52), Ohio Telecom Ass'n, et al. v. Federal Communications Commission and United States of America