UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-7000 (lead); 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519, 24-3538**

Case Title: **MCP No. 185 Open Internet Rule** vs. _____

List all clients you represent in this appeal:

**FORMER FCC CHIEF TECHNOLOGIST SCOTT JORDAN**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor           (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:
_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jason Harrow**        Signature: s/ **Jason Harrow**

Firm Name: **Gerstein Harrow LLP**

Business Address: **12100 Wilshire Blvd. Ste. 800**

City/State/Zip: **Los Angeles, CA 90025**

Telephone Number (Area Code): **(323) 744-5293**

Email Address: **Jason@gerstein-harrow.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---