UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-7000 (lead)**

Case Title: **In re MCP No. 185, Open Internet Rule**  vs. _____

List all clients you represent in this appeal:

**Constitutional Accountability Center**

☐ Appellant    ☐ Petitioner    ☒ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor                  (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:
_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brianne J. Gorod**    Signature: s/ **Brianne J. Gorod**

Firm Name: **Constitutional Accountability Center**

Business Address: **1200 18th Street NW, Suite 501**

City/State/Zip: **Washington, DC 20036**

Telephone Number (Area Code): **(202) 296-6889**

Email Address: **brianne@theusconstitution.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.