**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 24, 2024

Mr. James Bradford Ramsay
Mr. Andrew Jay Schwartzman
Mr. Daniel Hirotsu Woofter

Re: Case No. 24-7000/24-3449/24-3450/24-3497/24-3508/24-3510/24-3511/24-3519/24-3538, *MCP No. 185 Open Internet Rule (FCC 24-52)*
Originating Case No. 24-52

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Russell Balikian
Mr. William P. Barr
Mr. Corbin Barthold
Mr. Jonathan Bond
Mr. Matthew Brill
Mr. Jeremy Joseph Broggi
Mr. Andrew W. Chang
Ms. Sarah Citrin
Ms. Tara M. Corvo
Mr. Charles S Dameron
Ms. Jennifer Elizabeth Fischell
Mr. Boyd Garriott
Ms. Sarah Goetz
Mr. Maxwell F. Gottschall
Mr. Jeffrey Matthew Harris
Mr. Jason Seth Harrow
Paul Whitfield Hughes III
Mr. Thomas M. Johnson Jr.
Mr. Albert H. Kramer

Mr. Jeffrey A. Lamken
Mr. Jacob M. Lewis
Ms. Kimberly Lippi
Mr. Roman Martinez
Mr. Thomas Ryan McCarthy
Mr. Matthew Murchison
Mr. David P. Murray
Mr. Jackson Myers
Mr. John Tatsuo Nakahata
Mr. Robert B. Nicholson
Mr. Scott Matthew Noveck
Mr. Jeffrey Theodore Pearlman
Ms. Morgan L. Ratner
Mr. Kevin K. Russell
Mr. Max Schulman
Mr. Lawrence J. Spiwak
Ms. Jennifer Tatel
Mr. Joshua Scott Turner
Ms. Helgi C. Walker
Mr. Jeffrey Bryan Wall
Mr. Philip D. Williamson
Mr. Christopher S. Yoo

Enclosure