**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 16, 2024

Mr. Daniel Hirotsu Woofter
Goldstein, Russell & Woofter
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006

Re: Case No. 24-7000/24-3449/24-3450/24-3497/24-3508/24-3510/24-3511/24-3519/24-3538, *MCP No. 185 Open Internet Rule (FCC 24-52)*
Originating Case No. 24-52

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Russell Balikian
Mr. William P. Barr
Mr. Corbin Barthold
Mr. Jonathan Bond
Mr. Matthew Brill
Mr. Jeremy Joseph Broggi
Mr. Andrew W. Chang
Ms. Sarah Citrin
Ms. Tara M. Corvo
Mr. Charles S Dameron
Ms. Jennifer Elizabeth Fischell
Mr. Boyd Garriott
Ms. Sarah Goetz
Ms. Brianne Jenna Gorod
Mr. Maxwell F. Gottschall
Mr. Jeffrey Matthew Harris
Mr. Jason Seth Harrow
Paul Whitfield Hughes III

Mr. Thomas M. Johnson Jr.
Mr. Albert H. Kramer
Mr. Jeffrey A. Lamken
Mr. Jacob M. Lewis
Ms. Kimberly Lippi
Mr. Roman Martinez
Mr. Thomas Ryan McCarthy
Mr. Matthew Murchison
Mr. David P. Murray
Mr. Jackson Myers
Mr. John Tatsuo Nakahata
Mr. Robert B. Nicholson
Mr. Scott Matthew Noveck
Mr. Jeffrey Theodore Pearlman
Mr. James Bradford Ramsay
Ms. Morgan L. Ratner
Mr. Kevin K. Russell
Mr. Max Schulman
Mr. Andrew Jay Schwartzman
Mr. Lawrence J. Spiwak
Ms. Jennifer Tatel
Mr. Joshua Scott Turner
Ms. Helgi C. Walker
Mr. Jeffrey Bryan Wall
Mr. Philip D. Williamson
Mr. Christopher S. Yoo

Enclosure