Case No. 24-7000/24-3449/24-3450/24-3497/24-3508/24-3510/24-3511/24-3519/24-3538

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

IN RE: MCP No. 185; FEDERAL COMMUNICATIONS COMMISSION, IN THE MATTER OF SAFEGUARDING AND SECURING THE OPEN INTERNET, DECLARATORY RULING, ORDER, REPORT AND ORDER, AND ORDER ON RECONSIDERATION, FCC 24-52, 89 FED REG. 45404, PUBLISHED MAY 22, 2024

Upon review and consideration, the Intervenors' motion to participate in oral argument is **GRANTED** insofar as the motion is limited to 5 minutes of oral argument time. Thus, each side will have 25 minutes.

ENTERED BY ORDER OF THE COURT
Kelly L. Stephens, Clerk

Issued: October 16, 2024