**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 16, 2024

Mr. Scott Matthew Noveck
Federal Communications Commission
45 L Street, N.E., 8th Floor
Washington, DC 20002

Mr. Jeffrey Bryan Wall
Sullivan & Cromwell
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006

Mr. Daniel Hirotsu Woofter
Goldstein, Russell & Woofter
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006

Re: 24-7000, *In re: MCP No. 185 Open Internet Rule (FCC 24-52)*
24-3449, *Ohio Telecom Association v. FCC*
24-3450, *Ohio Cable Telecommunications v. FCC*
24-3497, *MCTA - The Missouri Internet & Television Association v. FCC*
24-3508, *CTIA - The Wireless Association v. FCC*
24-3510, *Wireless Internet Service Providers Association v. FCC, et al*
24-3511, *ACA Connects v. FCC*
24-3519, *Florida Internet & Television Association v. FCC*
24-3538, *Texas Cable Association v. FCC*

**Oral Argument scheduled for 8:30 a.m. (Eastern Time) on Thursday, October 31, 2024**
**Expansion of time allotted for oral argument**

Dear Counsel:

In light of the Court's Order issued this day, the time allotted for oral argument has been expanded to the following:

- 25 minutes for industry petitioners
- 20 minutes for government respondents
- 5 minutes for intervenors

The public calendar on the Court's website has been updated to reflect the expanded argument time.

Please feel free to contact me directly should you have any questions or concerns.

Sincerely yours,

s/Lance A. Gifford
Senior Calendar Deputy

cc: Mr. Russell Balikian
Mr. William P. Barr
Mr. Corbin Barthold
Mr. Jonathan Bond
Mr. Matthew Brill
Mr. Jeremy Joseph Broggi
Mr. Andrew W. Chang
Ms. Sarah Citrin
Ms. Tara M. Corvo
Mr. Charles S Dameron
Ms. Jennifer Elizabeth Fischell
Mr. Boyd Garriott
Ms. Sarah Goetz
Ms. Brianne Jenna Gorod
Mr. Maxwell F. Gottschall
Mr. Jeffrey Matthew Harris
Mr. Jason Seth Harrow
Mr. Paul Whitfield Hughes III
Mr. Thomas M. Johnson Jr.
Mr. Albert H. Kramer
Mr. Jeffrey A. Lamken

Mr. Jacob M. Lewis
Ms. Kimberly Lippi
Mr. Roman Martinez
Mr. Thomas Ryan McCarthy
Mr. Matthew Murchison
Mr. David P. Murray
Mr. Jackson Myers
Mr. John Tatsuo Nakahata
Mr. Robert B. Nicholson
Mr. Jeffrey Theodore Pearlman
Mr. James Bradford Ramsay
Ms. Morgan L. Ratner
Mr. Kevin K. Russell
Mr. Max Schulman
Mr. Andrew Jay Schwartzman
Mr. Lawrence J. Spiwak
Ms. Jennifer Tatel
Mr. Joshua Scott Turner
Ms. Helgi C. Walker
Mr. Philip D. Williamson
Mr. Christopher S. Yoo