# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 24-7000/24-3449/24-3450/24-3497/24-3508/24-3510/24-3511/24-3519/24-3538

2. Case Caption (Short Title): MCP No. 185 Open Internet Rule (FCC 24-52)

3. Argument is scheduled for __8:30 AM__ (time) on __Thursday, October 31, 2024__ (day, date) and will be held:

    ☑ Live (In Person)   ☐ by Video   ☐ by Telephone

4. I, __Daniel Woofter__, will be presenting argument on behalf of:

    ☐ Appellant / Petitioner   ☐ Amicus Curiae   ☐ Other (please specify below):
    ☐ Appellee / Respondent   ☑ Intervenor

    If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Free Press, New America's OTI, Public Knowledge, Benton Institute for Broadband & Society, and NARUC

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

    A. Number of attorneys sharing time: ____
    B. Total number of minutes (in whole minutes only) to be shared: ____
    C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
    D. Your assigned minutes (in whole minutes only): ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*