UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **Nos. 24-7000(L), 24-3508, 24-3510, 24-3511, 24-3519, 24-3538**

Case Title: **In re: MCP No. 185**  vs. _____

List all clients you represent in this appeal:

**Federal Communications Commission**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☒ Respondent ☐ Intervenor    (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:
_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jacob M. Lewis**     Signature: s/ **Jacob M. Lewis**

Firm Name: **Federal Communications Commission**

Business Address: **45 L Street NE**

City/State/Zip: **Washington, DC 20554**

Telephone Number (Area Code): **202-418-1767**

Email Address: **jacob.lewis@fcc.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---