# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): Nos. 24-7000, 24-3449, 24-3450, 24-3497, 24-3508, 24-3510, 24-3511, 24-3519, 24-3538

2. Case Caption (Short Title): In re MCP No. 185, Open Internet Rule (FCC 24-52)

3. Argument is scheduled for **8:30 a.m.** *(time)* on **October 31, 2024** *(day, date)* and will be held:

   [✓] Live (In Person)     [ ] by Video     [ ] by Telephone

4. I, **Jacob M. Lewis**, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner     [ ] Amicus Curiae     [ ] Other (please specify below):
   [✓] Appellee / Respondent     [ ] Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: **Scott M. Noveck**

5. Party Name(s): Respondents Federal Communications Commission and the United States of America

6. Minutes reserved for rebuttal (appellant / petitioner only): **N/A** (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____
   B. Total number of minutes (in whole minutes only) to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   D. Your assigned minutes (in whole minutes only): ____

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

### CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

*Updated 4/3/24*