**Nos. 24-7000 (lead), 24-3450, 24-3497, 24-3519, 24-3538**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

In Re: MCP NO. 185: Federal Communications Commission, In the Matter of Safeguarding and Securing the Open Internet, Declaratory Ruling, Order, Report and Order, and Order on Reconsideration, FCC 24-52, 89 Fed. Reg. 45404, Published May 22, 2024

_____

On Petitions For Review

_____

**MOTION TO WITHDRAW AS COUNSEL FOR PETITIONERS OHIO TELECOMMUNICATIONS ASSOCIATION, FLORIDA INTERNET & TELEVISION ASSOCIATION, MCTA – THE MISSOURI INTERNET & TELEVISION ASSOCIATION, AND TEXAS CABLE ASSOCIATION**

_____

                                    Matthew A. Brill
                                    Roman Martinez
                                    Matthew T. Murchison
                                    Charles S. Dameron
                                    LATHAM & WATKINS LLP
                                    555 Eleventh Street, NW
                                    Suite 1000
                                    Washington, DC 20004
                                    (202) 637-2200
                                    charles.dameron@lw.com

                                    *Counsel for Ohio Cable*
                                    *Telecommunications Association,*
                                    *Florida Internet & Television*
                                    *Association, MCTA – The Missouri*
                                    *Internet & Television Association,*
                                    *and Texas Cable Association*

Petitioners Ohio Cable Telecommunications Association, Florida Internet & Television Association, MCTA – The Missouri Internet & Television Association, and Texas Cable Association respectfully request to withdraw the appearance of Charles S. Dameron as counsel in this appeal. Mr. Dameron is leaving his employment with Latham & Watkins LLP effective October 25, 2024. Petitioners will continue to be represented by Latham & Watkins LLP, and will not be prejudiced by this withdrawal.

| | |
|---|---|
| Dated: October 25, 2024 | Respectfully submitted, |
| | *s/ Charles S. Dameron* |
| | Matthew A. Brill |
| | Roman Martinez |
| | Matthew T. Murchison |
| | Charles S. Dameron |
| | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW |
| | Suite 1000 |
| | Washington, DC 20004 |
| | (202) 637-2200 |
| | charles.dameron@lw.com |
| | |
| | *Counsel for Ohio Cable Telecommunications Association, Florida Internet & Television Association, MCTA – The Missouri Internet & Television Association, and Texas Cable Association* |

1

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-face and type-style rules of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 70 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

Dated: October 25, 2024　　　　　　　*s/ Charles S. Dameron*
　　　　　　　　　　　　　　　　　　Charles S. Dameron

　　　　　　　　　　　　　　　　　　*Counsel for Ohio Cable Telecommunications Association, Florida Internet & Television Association, MCTA – The Missouri Internet & Television Association, and Texas Cable Association*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed the foregoing Motion to Withdraw as Counsel for Petitioners Ohio Cable Telecommunications Association, Florida Internet & Television Association, MCTA – The Missouri Internet & Television Association, and Texas Cable Association with the Clerk of Court of the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. Participants here are registered CM/ECF users and will be served by the CM/ECF system.

Dated: October 25, 2024          *s/ Charles S. Dameron*
                                 Charles S. Dameron

                                 *Counsel for Ohio Cable Telecommunications Association, Florida Internet & Television Association, MCTA – The Missouri Internet & Television Association, and Texas Cable Association*