## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: October 29, 2024

Mr. Charles S Dameron  
Latham & Watkins  
555 Eleventh Street, N.W.  
Suite 1000  
Washington, DC 20004

Re: Case No. 24-7000/24-3450/24-3497/24-3519/24-3538,  
*MCP No. 185 Open Internet Rule (FCC 24-52)*  
Originating Case No. 24-52

Dear Counsel,

   The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L Baker  
Case Manager  
Direct Dial No. 513-564-7014

cc: Mr. Russell Balikian  
Mr. William P. Barr  
Mr. Corbin Barthold  
Mr. Jonathan Bond  
Mr. Matthew Brill  
Mr. Jeremy Joseph Broggi  
Mr. Andrew W. Chang  
Ms. Sarah Citrin  
Ms. Tara M. Corvo  
Ms. Jennifer Elizabeth Fischell  
Mr. Boyd Garriott  
Ms. Sarah Goetz  
Ms. Brianne Jenna Gorod  
Mr. Maxwell F. Gottschall  
Mr. Jeffrey Matthew Harris  
Mr. Jason Seth Harrow  
 Paul Whitfield Hughes III  
Mr. Thomas M. Johnson Jr.

Mr. Albert H. Kramer
Mr. Jeffrey A. Lamken
Mr. Jacob M. Lewis
Ms. Kimberly Lippi
Mr. Roman Martinez
Mr. Thomas Ryan McCarthy
Mr. Matthew Murchison
Mr. David P. Murray
Mr. Jackson Myers
Mr. John Tatsuo Nakahata
Mr. Robert B. Nicholson
Mr. Scott Matthew Noveck
Mr. Jeffrey Theodore Pearlman
Mr. James Bradford Ramsay
Ms. Morgan L. Ratner
Mr. Kevin K. Russell
Mr. Max Schulman
Mr. Andrew Jay Schwartzman
Mr. Lawrence J. Spiwak
Ms. Jennifer Tatel
Mr. Joshua Scott Turner
Ms. Helgi C. Walker
Mr. Jeffrey Bryan Wall
Mr. Philip D. Williamson
Mr. Daniel Hirotsu Woofter
Mr. Christopher S. Yoo

Enclosure