# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-956-7676
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

NEW YORK • LOS ANGELES • PALO ALTO
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 1, 2024

Via CM/ECF

Kelly L. Stephens
Clerk of Court
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

   Re: *In re: MCP No. 185 Open Internet Rule*, No. 24-7000, and consolidated cases

Dear Ms. Stephens:

  During oral argument in these cases yesterday, the panel asked for examples of the internal operations that petitioners contend are covered by the "telecommunications management exception" found in the definition of "information service," 47 U.S.C. § 153(24). *See* Oral Arg. Audio at 57:27. The Commission's 2018 *Restoring Internet Freedom* Order provides several such examples, in support of the Commission's then-position that neither DNS nor caching falls within the telecommunications management exception. 33 FCC Rcd. 311, 328-329 & n.126 (2018).

              Sincerely,

              /s/ Jeffrey B. Wall
              Jeffrey B. Wall
              Sullivan & Cromwell LLP
              1700 New York Avenue, N.W.
              Washington, D.C. 20006
              (202) 956-7500
              wallj@sullcrom.com

              *Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2024, I electronically filed the foregoing letter with the Clerk of Court using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

                                                    /s/ Jeffrey B. Wall
                                                    Jeffrey B. Wall

November 1, 2024