**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 02, 2025

Mr. Russell Balikian
Gibson, Dunn & Crutcher
1700 M Street, N.W., Suite 900
Washington, DC 20036

Mr. William P. Barr
Torridon Law
801 17th Street, N.W., Suite 1100
Washington, DC 20006

Mr. Corbin Barthold
TechFreedom
1500 K Street, N.W., 2nd Floor
Washington, DC 20005

Mr. Jonathan Bond
Gibson, Dunn & Crutcher
1700 M Street, N.W., Suite 900
Washington, DC 20036

Mr. Matthew Brill
Latham & Watkins
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004

Mr. Jeremy Joseph Broggi
Wiley Rein
2050 M Street, N.W.
Washington, DC 20036

Mr. Andrew W. Chang
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Ms. Sarah Citrin
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
8th Floor
Washington, DC 20002

Ms. Tara M. Corvo
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
555 12th Street, N.W.
Suite 1100
Washington, DC 20004

Ms. Jennifer Elizabeth Fischell
MoloLamken
600 New Hampshire Avenue, N.W.
Suite 500
Washington, DC 20037

Mr. Boyd Garriott
Wiley Rein
2050 M Street, N.W.
Washington, DC 20036

Ms. Sarah Goetz
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Brianne Jenna Gorod
Constitutional Accountability Center
1200 18th Street, N.W.
Suite 501
Washington, DC 20036

Mr. Maxwell F. Gottschall
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Mr. Jeffrey Matthew Harris
Consovoy McCarthy
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. Jason Seth Harrow
Gerstein Harrow
12100 Wilshire Boulevard
Suite 800
Los Angeles, CA 90025

Paul Whitfield Hughes III
McDermott, Will & Emery
500 N. Capitol Street, N.W.
Washington, DC 20001

Mr. Thomas M. Johnson Jr.
Wiley Rein
2050 M Street, N.W.
Washington, DC 20036

Mr. Albert H. Kramer
1111 23rd Street, N.W.
Washington, DC 20037

Mr. Jeffrey A. Lamken
MoloLamken
600 New Hampshire Avenue, N.W., Suite 500
Washington, DC 20037

Mr. Jacob M. Lewis
Federal Communications Commission
Office of General Counsel
45 L Street, N.E., 8th Floor
Washington, DC 20002

Ms. Kimberly Lippi
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102-0000

Mr. Roman Martinez
Latham & Watkins
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004

Mr. Thomas Ryan McCarthy
Consovoy McCarthy
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

Mr. Matthew Murchison
Latham & Watkins
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004

Mr. David P. Murray
Willkie, Farr & Gallagher
1875 K Street, N.W.
Washington, DC 20006

Mr. Jackson Myers
MoloLamken
600 New Hampshire Avenue, N.W.
Suite 500
Washington, DC 20037

Mr. John Tatsuo Nakahata
HWG
1919 M Street, N.W.
Suite 800
Washington, DC 20036

Mr. Robert B. Nicholson
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Scott Matthew Noveck
Federal Communications Commission
Office of General Counsel
45 L Street, N.E., 8th Floor
Washington, DC 20002

Mr. Jeffrey Theodore Pearlman
University of Southern California
USC Gould School of Law
699 Exposition Boulevard
Los Angeles, CA 90089

Mr. James Bradford Ramsay
National Association of Regulatory Utility Commissioners
District of Columbia
1101 Vermont Avenue, N.W., Suite 200
Washington, DC 20005

Ms. Morgan L. Ratner
Sullivan & Cromwell
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006

Mr. Kevin K. Russell
Russell & Woofter
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006

Mr. Max Schulman
Gibson, Dunn & Crutcher
1700 M Street, N.W.
Suite 900
Washington, DC 20036

Mr. Andrew Jay Schwartzman
525 Ninth Street, N.W.
Seventh Floor
Washington, DC 20004

Mr. Lawrence J. Spiwak
Phoenix Center for Advanced Legal & Economic Public Policy Studies
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, DC 20015

Ms. Jennifer Tatel
Wilkinson Barker Knauer
1800 M Street N.W.
Suite 800n
Washington, DC 20036

Mr. Joshua Scott Turner
Wiley Rein
2050 M Street, N.W.
Washington, DC 20036

Ms. Helgi C. Walker
Gibson, Dunn & Crutcher
1700 M Street, N.W.
Suite 900
Washington, DC 20036

Mr. Jeffrey Bryan Wall
Sullivan & Cromwell
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006

Mr. Philip D. Williamson
Taft, Stettinius & Hollister
425 Walnut Street, Suite 1800
Cincinnati, OH 45202

Mr. Daniel Hirotsu Woofter
Russell & Woofter
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006

Mr. Christopher S. Yoo
University of Pennsylvania Carey Law School
3501 Sansom Street
Philadelphia, PA 19104-6204

Re: Case Nos. 24-7000/24-3449/24-3450/24-3497/24-3504/24-3507/24-3508/24-3510/24-3511/24-3519/24-3538, *MCP No. 185 Open Internet Rule (FCC 24-52)*
Originating Case No. : 24-52

Dear Counsel,

The court today announced its decision in the above-styled cases.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                        Yours very truly,

                        Kelly L. Stephens, Clerk


                        Cathryn Lovely
                        Deputy Clerk


Enclosures

Mandate to issue.