## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 20, 2025

Mr. Jacob M. Lewis
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
8th Floor
Washington, DC 20554

Mr. Jeffrey Bryan Wall
Sullivan & Cromwell
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006

Mr. Daniel Hirotsu Woofter
Russell & Woofter
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006

Re: Case No. 24-7000/24-3449/24-3450/24-3497/24-3508/24-3510/24-3511/24-3519/24-3538, *In re: MCP No. 185 Open Internet Rule (FCC 24-52)*
Originating Case No. 24-52

Dear Counsel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Mr. Russell Balikian
    Mr. William P. Barr
    Mr. Corbin Barthold
    Mr. Jonathan Bond
    Mr. Matthew Brill

Mr. Jeremy Joseph Broggi
Mr. Andrew W. Chang
Ms. Sarah Citrin
Ms. Tara M. Corvo
Ms. Jennifer Elizabeth Fischell
Mr. Boyd Garriott
Ms. Sarah Goetz
Ms. Brianne Jenna Gorod
Mr. Maxwell F. Gottschall
Mr. Jeffrey Matthew Harris
Mr. Jason Seth Harrow
Mr. Paul Whitfield Hughes III
Mr. Thomas M. Johnson Jr.
Mr. Albert H. Kramer
Mr. Jeffrey A. Lamken
Ms. Kimberly Lippi
Mr. Roman Martinez
Mr. Thomas Ryan McCarthy
Mr. Matthew Murchison
Mr. David P. Murray
Mr. Jackson Myers
Mr. John Tatsuo Nakahata
Mr. Robert B. Nicholson
Mr. Scott Matthew Noveck
Mr. Jeffrey Theodore Pearlman
Mr. James Bradford Ramsay
Ms. Morgan L. Ratner
Mr. Kevin K. Russell
Mr. Max Schulman
Mr. Andrew Jay Schwartzman
Mr. Lawrence J. Spiwak
Ms. Jennifer Tatel
Mr. Joshua Scott Turner
Ms. Helgi C. Walker
Mr. Philip D. Williamson
Mr. Christopher S. Yoo

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-7000/24-3449/24-3450/
24-3497/24-3508/24-3510/24-3511/
24-3519/24-3538

_____

Filed: March 20, 2025

IN RE: MCP No. 185; FEDERAL COMMUNICATIONS COMMISSION, IN THE MATTER OF SAFEGUARDING AND SECURING THE OPEN INTERNET, DECLARATORY RULING, ORDER, REPORT AND ORDER, AND ORDER ON RECONSIDERATION, FCC 24-52, 89 FED REG. 45404, PUBLISHED MAY 22, 2024

## MANDATE

Pursuant to the court's disposition that was filed 01/02/2025 the mandate for this case hereby issues today.

COSTS:  None